FRED BRINKMANN, APPELLANT, v. DORSEY MOTORS, INC., RESPONDENT.

Argued February 7, 1939—Decided April 21, 1939.

For the appellant, *Harry Unger*.

For the respondent, *John E. Toolan*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.